**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Ex parte Matthew Leachman

Appellate case number:      01-22-00232-CR, 01-22-00233-CR, 01-22-00234-CR

Trial court case number:      1756174, 1756176, 1756173

Trial court:      248th District Court of Harris County

On March 25, 2022, Appellant Matthew Leachman filed notices of appeal of the trial court's denial of his applications for writ of habeas corpus in the above-referenced cause numbers. On May 19, 2022, this Court abated the appeals and remanded them to the trial court to allow the trial court to supplement the appellate record with (1) a certification of Appellant's right to appeal the denial of his writs of habeas corpus, (2) briefs Appellant filed in support of his habeas applications, and (3) the transcript from a September 3, 2021 hearing referenced in Appellant's habeas applications. The trial court clerk has since supplemented the appellate record to include the requested materials. **We thus lift the abatement and order that the appeals be reinstated and returned to this Court's active docket**.

Texas Rule of Appellate Procedure 31.1, applicable to appeals from a judgment or order in a habeas corpus proceeding, provides that when an appellate court receives the record, it may set the time for filing briefs. *See* Tex. R. App. P. 31.1. Pursuant to Rule 31.1, we **order** Appellant to file a brief within 30 days of the date of this order. The State's brief will be due 30 days from the date Appellant files his brief.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually

Date: July 7, 2022